**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000052
11-SEP-2020
09:46 AM**

NO. CAAP-20-0000052


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WILLIAM KEAHIOLALO, Petitioner-Appellant;
TONI KEAHIOLALO, Petitioner-Appellee, v.
HANNAH DAVID, Respondent-Appellee.


APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NO. FC-DA 19-1-0287)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed September 9, 2020, by Petitioner-Appellant William Keahiolalo, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; (3) the Stipulation to Dismiss Appeal is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b).[1]

---

[1] Under HRAP Rule 2, the court suspends the requirement in HRAP Rule 42(b) that a stipulation to dismiss an appeal specify the terms as to payment of costs, which the parties omitted from the Stipulation to Dismiss Appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 11, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge